No. 87–6757. AQEEL *v.* SEITER, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–6782. MATTIAS *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 87–6791. BRUNDAGE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 87–6793. ZAVALA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6797. KNOX *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–6800. JURAS *v.* PHELPS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 87–6807. WICKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6813. WILLIAMS *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6841. LAWSON *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 87–6858. SCHNEIDER *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–6866. CROWSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6867. HOLMES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6868. KEENAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6878. AQEEL *v.* SEITER, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. Sup. Ct. Ohio. Certiorari denied.